# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MINNIE DANTZLER

VERSUS

FANTASIA DELACERDA, ET AL

NO.  2020 CW 0588

**SEPTEMBER 14, 2020**

---

In Re:    AutoZone Stores, LLC and Greenwich Insurance Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 656742.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Defendants/relators, AutoZone Stores,
LLC and Greenwich Insurance Company, failed to provide a copy of
pertinent court minutes, a violation of Rule 4-5(C)(10), Uniform
Rules of Louisiana Courts of Appeal.  This court further
requires that a transcript of the evidentiary hearing held on
June 1, 2020 be provided.

Supplementation of this writ application and/or an
application for rehearing will not be considered.  Rules 4-9 and
2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.  Any
new application must be filed on or before **October 14, 2020**, and
must contain a copy of this ruling.

PMc
JEW

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT